IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-cv-180-RJC-DSC

ANTHONY GORDON MATHIS,

    Plaintiff,

v.

TERRA RENEWAL SERVICES INC.
and DARLING INGREDIENTS INC.,

    Defendants,

v.

LJC ENVIRONMENTAL LLC,

    Third-Party Defendant.

ORDER

**THIS MATTER** is before the Court on the "Joint Motion to Modify Scheduling Order" (document #28). The Motion is **GRANTED IN PART** and **DENIED IN PART**, that is, all deadlines and the trial setting are extended sixty days, as follows:

1. Discovery completion: November 3, 2020.

2. Expert reports: Plaintiff: July 3, 2020.

    Defendants and Third Party Defendant: August 2, 2020.

3. Dispositive Motions: December 5, 2020.

4. Motions hearing: January 15, 2021.

5. Jury trial is re-set for the first term on or after March 1, 2021.

**SO ORDERED**.     Signed: April 7, 2020

_____
David S. Cayer
United States Magistrate Judge