# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Anthony Gordon Mathis, | ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | |
| vs. | ) | 3:19-cv-00180-RJC-DSC |
| Terra Renewal Services, Inc., and Darling Ingredients, Inc. | ) | |
| Defendant(s). | ) | |
| vs. | ) | |
| LJC Environmental, LLC | ) | |
| Third-Party Defendants | ) | |

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on July 19, 2021.

July 19, 2021

_____
Frank G. Johns, Clerk
United States District Court